# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| CHARLES THORNTON, ) Plaintiff, ) ) v. ) ) ) CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) Defendant. ) | **JUDGMENT** **CASE NO. 4:12-CV-263-D** |

Decision by the Court:

 **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 20] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 22] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 8, 2014,** WITH A COPY TO:

Brian M. Ricci (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)

| | |
|---|---|
| January 8, 2014 Date | JULIE A. RICHARDS, Clerk Eastern District of North Carolina /s/Debby Sawyer (By) Deputy Clerk |

Raleigh, North Carolina